UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2716 ADM

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) ORDER
)
RACHEL A. FOSTER, )
)
Defendant. )

This matter comes before the Court following issuance of a bench warrant for defendant’s failure to appear at a court ordered debtor's examination. Defendant has now complied with the requirements of the debtor's examination, and, accordingly,

IT IS HEREBY ORDERED that the bench warrant be discharged.

Dated: March 29, 2005 s/Jonathan Lebedoff

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge