A0 442 (Rev. 5/93) Warrant for Arrest

# *UNITED STATES DISTRICT COURT*
## *DISTRICT OF MINNESOTA*

UNITED STATES OF AMERICA

V.

Rachel A. Foster

## WARRANT FOR ARREST

CASE NUMBER: CV 00-2716 ADM/SRN

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Rachel A. Foster

and bring him or her forthwith to the nearest magistrate judge to answer a(n) order of the Court charging him or her with failing to appear on 10/23/01 pursuant to an Order for Debtor's Examination Ordered by J. Earl Cudd, United States District Court Magistrate Judge

Mary Kaye Conery
(By) Deputy Clerk, Mary Kaye Conery

November 7, 2001 - Mpls, Minnesota

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at ____________

Date Received: ________________________

Date of Arrest: ________________________

________________________
Name and Title of Arresting Officer

________________________
Signature of Arresting Officer

DATE 3-29-05
RETURNED UNEXECUTED per Order Dismissing
U.S. MARSHAL
DISTRICT OF MINNESOTA
M. [signature]

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

SCANNED
APR 5 2005
U.S. DISTRICT COURT MPLS

n:/.../warrant.frm